PER CURIAM.
Affirmed. See Jackson v. Metropolitan Edison Co., 419 U.S. 345, 95 S.Ct. 449, 42 L.Ed.2d 447 (1974); Avila South Condominium Association, Inc. v. Kappa Corporation, 347 So.2d 599 (Fla.1976); Frankel v. City of Miami Beach, 340 So.2d 463 (Fla.1977); Nichols v. Miami Burglar Alarm Co., 339 So.2d 175 (Fla.1976); Canal Authority v. Ocala Manufacturing Ice & Packing Co., 332 So.2d 321 (Fla.1976); Thompkins v. Metropolitan Dade County, 345 So.2d 1090 (Fla. 3d DCA 1977); Equitable Life Assurance Society of United States v. Fuller, 275 So.2d 568 (Fla. 3d DCA 1973); Werley v. State, 271 So.2d 814 (Fla. 3d DCA 1973); and Curtis Publishing Co. v. Bader, 266 So.2d 78 (Fla. 3d DCA 1972).